**SEND**
**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAWYERS SUPPLIES, LLC, | Case No. CV 19-00977 VAP (AS) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| OAKLEY, INC., et al., | |
| Defendants. | |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

THE COURT to retain jurisdiction for a period of 30 days to enforce the terms of the settlement.

Dated: May 31, 2019

VIRGINIA A. PHILLIPS
United States District Judge